**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02064-REB-BNB

QUIZNO'S FRANCHISING II, INC.,

    Plaintiff,

v.

PROS FROM DOVER, INC.,
CHRISTOPHER McATEE, and
JANELLE STENSBY,

    Defendants.

**MINUTE ORDER**[1]

    The matter before the court is **Plaintiff's Motion for Leave to File Reply Brief Out of Time** [#27], filed January 18, 2007.  Said motion is **GRANTED**, and **Quiznos' Reply in Support of its Motion to Remand** [#28], is accepted for filing.

Dated:  January 19, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.