**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02064-REB-BNB

QUIZNO'S FRANCHISING II, INC.,

      Plaintiff,

v.

PROS FROM DOVER, INC.,
CHRISTOPHER McATEE, and
JANELLE STENSBY,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter comes before the court on the **Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(I)** [#42], filed May 31, 2007. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(I)** [#42], filed May 31, 2007, is **APPROVED**;

      2.  That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for January 18, 2008, is **VACATED**;

4.  That the jury trial set to commence January 22, 2008, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated June 1, 2007, at Denver, Colorado.

                    **BY THE COURT:**

                    **s/ Robert E. Blackburn**
                    **Robert E. Blackburn**
                    **United States District Judge**